November 05, 2010

Ms. Cecilia M. Wood
Attorney & Counselor at Law, PC
1122 Colorado Street, Suite 2301
Austin, TX 78701

Honorable Leonard Ray Saenz
261st District Court Judge
P.O. Box 1748
Austin, TX 78767
Ms. JoAl Cannon Sheridan
Ausley, Algert, Robertson and Flores, LLP
3307 Northland Drive, Suite 420
Austin, TX 78731

RE: Case Number: 09-1072
 Court of Appeals Number: 03-09-00678-CV
 Trial Court Number: D-1-FM-09-004325

Style: IN RE RICHARD SCHELLER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
stay order issued January 4, 2010 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |